1
2
3
4
5
6
7
8
9
10                  IN THE UNITED STATES DISTRICT COURT
11                FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13  SCOTT N. JOHNSON,                )
                                     )   2:08-cv-00044-GEB-EFB
14               Plaintiff,          )
                                     )
15        v.                         )   ORDER OF DISMISSAL
                                     )
16  NOOSHIN GHAFFARI, d/b/a SAM'S    )
    FURNITURE; STANLEY Y. FONG;      )
17  ELAINE L. FONG,                  )
                                     )
18               Defendant(s).       )
                                     )
19  ─────────────────────────────────
20        On April 14, 2008, an Order was issued granting the
21  parties until May 5, 2008, to file a dispositional document based
22  on Plaintiff's representation in the Notice of Settlement filed
23  April 14, 2008, that this action had settled.  The April 14 Order
24  further stated that "[f]ailure to respond by this deadline may be
25  construed as consent to dismissal of this action without prejudice,
26  and a dismissal order could be filed."  Since the parties failed to
27  file the dismissal document, and provide no reason why the Federal
28

1

Court should continue exercising jurisdiction over this settled action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge